

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00805-CR

**EX PARTE** Santos **GUEVARA**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order denying the application for writ of habeas corpus is AFFIRMED.

SIGNED March 4, 2015.

_____
Marialyn Barnard, Justice